**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NORTH CAROLINA

Case number *(if known)* _____   Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | *Amidon, Inc.* | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | *20-3996951* | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| *7617 Kensington Manor Lane*<br>*Wake Forest, NC 27587* | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| *Wake* | **Location of principal assets, if different from principal place of business** |
| County | *209 W. Industry Drive Oxford, NC 27565* |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)    *https://AmidonInc.com*

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Amidon, Inc.**
_____    Case number (*if known*) _____
     Name

**7.** **Describe debtor's business**

  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

  B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

  C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    ____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | _____ | | _____ | | _____ | |
| | District _____ | | When _____ | | Case number _____ | |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| | | | | |
|---|---|---|---|---|
| Debtor | *Clayton Amidon* | Relationship | *7% Owner, VP of Operations* |
| District | *Eastern District of North Carolina* | When *11/20/17* | Case number, if known | *17-05682-5* |

Debtor    **Amidon, Inc.**    Case number (*if known*) _____
_____
Name

**11. Why is the case filed in this district?**    *Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Amidon, Inc.**
_____
Name

Case number (*if known*)  _____

---

| | Request for Relief, Declaration, and Signatures |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 26, 2017**
_____
MM / DD / YYYY

**X** **/s/ Angela Amidon**
_____
Signature of authorized representative of debtor

**Angela Amidon**
_____
Printed name

Title    **President and CEO**
_____

**18. Signature of attorney**

**X** **/s/ William P. Janvier**
_____
Signature of attorney for debtor

Date    **December 26, 2017**
_____
MM / DD / YYYY

**William P. Janvier 21136**
_____
Printed name

**Janvier Law Firm, PLLC**
_____
Firm name

**311 East Edenton Street**
**Raleigh, NC 27601**
_____
Number, Street, City, State & ZIP Code

Contact phone    **919-582-2323**
_____    Email address  _____

**21136**
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    ***Amidon, Inc.***

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    ***December 26, 2017***          X ***/s/ Angela Amidon***
                                              Signature of individual signing on behalf of debtor

                                              ***Angela Amidon***
                                              Printed name

                                              ***President and CEO***
                                              Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | *Amidon, Inc.* |
| United States Bankruptcy Court for the: | *EASTERN DISTRICT OF NORTH CAROLINA* |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Ahtna Support & Training Svcs LLC Attn:  Managing Agent 110 W 38th Ave, #2 Anchorage, AK 99503* | | | | | | *$52,186.87* |
| *BB&T Attn:  Managing Agent P.O. Box 580340 Charlotte, NC 28258* | | *Debt owed.* | | | | *$34,696.83* |
| *BB&T Financial FSB Attn:  Managing Agent P.O. Box 580340 Charlotte, NC 28258-0340* | | | | | | *$12,500.00* |
| *Breaching Technologies, Inc Attn:  Managing Agent PO Box 780156 San Antonio, TX 78278* | | | | | | *$12,250.00* |
| *Carolina Facilities Group, LLC Attn:  Managing Agent 5036 Kinderston Drive Holly Springs, NC 27540* | | | | | | *$3,834.08* |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

Debtor    **Amidon, Inc.**                                          Case number *(if known)* _____
              Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| *Construction Financial Admin Svc Attn:  Managing Agent 4956 Long Beach Rd Southport, NC 28461-9127* | | | | | | *$3,501.02* |
| *Deltek Attn:  Managing Agent 2291 Wood Oak Drive Herndon, VA 20170* | | *Subscription to access government contracting opportunities.* | | | | *$4,275.00* |
| *Evolve Furniture Group Attn:  Managing Agent PO Box 562 Marlton, NJ 08053* | | | | | | *$5,828.54* |
| *Flooring Solutions, Inc Attn:  Managing Agent 6426-B Windmill Way Wilmington, NC 28405* | | | | | | *$10,700.00* |
| *Greystone Concrete Products, Inc Attn:  Managing Agent PO Box 680 Henderson, NC 27536* | | | | | | *$34,289.08* |
| *Hamilton Machine Works Attn:  Managing Agent 908 Withers Road Raleigh, NC 27603* | | | | | | *$20,139.74* |
| *Harrison Walker & Harper LP Attn:  Managing Agent 2510 South Church Street Paris, TX 75460* | | *Subcontracted services.* | | | | *$1,009,162.22* |
| *Keith Clarin Attn:  Managing Agent 8113 Satillo Lane Raleigh, NC 27616* | | | | | | *$59,517.79* |

Debtor    **Amidon, Inc.**

Case number *(if known)* _____

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Landstar Ranger, Inc**<br>**Attn:  Managing Agent**<br>**PO Box 8500-54293**<br>**Philadelphia, PA 19178-4293** | | | | | | **$19,100.00** |
| **Mahorsky Group, Inc**<br>**Attn:  Managing Agent**<br>**2100 Quaker Pointe Dr**<br>**Quakertown, PA 18951** | | | | | | **$3,702.00** |
| **Mann's Creative Design LLC**<br>**Attn:  Managing Agent**<br>**7604 Clark Hill Rd**<br>**Wilmington, NC 28412** | | | | | | **$11,550.00** |
| **One Source Furniture Dist Inc**<br>**Attn:  Managing Agent**<br>**2654 Abington Rd**<br>**Akron, OH 44333** | | | | | | **$6,932.13** |
| **Richard Koch**<br>**Attn:  Managing Agent**<br>**279 Cross Road**<br>**Alamo, CA 94507** | | **Interest in the accounts receivable from Amidon, Inc.'s Camp Pendleton Project** | | | | **$300,000.00** |
| **Sherman & Boddie, Inc**<br>**Attn:  Managing Agent**<br>**730 Lewis Street**<br>**Oxford, NC 27565** | | | | | | **$7,150.00** |
| **Sunbelt Rentals**<br>**Attn:  Managing Agent**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | | | | | | **$22,442.55** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    *Amidon, Inc.*

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)   _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..............................................................................................................  $       **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*...........................................................................................................  $       **1,163,357.94**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.............................................................................................................  $       **1,163,357.94**

| Part 2: | Summary of Liabilities |
|---|---|

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $       **778,582.80**

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................  $       **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................  +$       **1,658,480.97**

4. **Total liabilities** ........................................................................................................................
    Lines 2 + 3a + 3b                         $       **2,437,063.77**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        *Amidon, Inc.*

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    Checking, savings, money market, or financial brokerage accounts *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | *KS Bank* | *Checking* | *6160* | *$49,523.42* |
| 3.2. | | | | |

4.    Other cash equivalents *(Identify all)*

5.    Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$49,523.42**

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.    Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | *$4,600 security deposit with landlord.  Debtor anticipates that landlord will keep deposit since Debtor ended the lease early.* | *$0.00* |

8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Debtor __Amidon, Inc._____    Case number *(If known)* _____
     Name

9.    **Total of Part 2.**

| | |
|---|---|
| Add lines 7 through 8. Copy the total to line 81. | *$0.00* |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    __899,112.59__    -    __0.00__    = ....    __$899,112.59__
                                    face amount                     doubtful or uncollectible accounts

*Note: Receivables Subject to Assignment/Ownership Claim of Bonding Companies*

11b. Over 90 days old:    __21,025.40__    -    __0.00__    = ....    __$21,025.40__
                              face amount                  doubtful or uncollectible accounts

*Note: Receivables Subject to Assignment/Ownership Claim of Bonding Companies*

12.    **Total of Part 3.**

| | |
|---|---|
| Current value on lines 11a + 11b = line 12. Copy the total to line 82. | $920,137.99 |

**Part 4:    Investments**

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
       Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
       Name of entity:        % of ownership

15.1.    *Ownership interest in 360 Degrees Ballistics, LLC*    __51__ %    _____    *Unknown*

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

17.    **Total of Part 4.**

| | |
|---|---|
| Add lines 14 through 16. Copy the total to line 83. | *$0.00* |

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  **Amidon, Inc.**                                                    Case number *(If known)* _____
     Name

| | | | |
|---|---|---|---|
| **Ballistic blocks and repair kit orders. Manufactured and shipped quickly; no inventory kept.** | | $0.00 | Unknown |

| | | | | |
|---|---|---|---|---|
| 20. | **Work in progress** **Ballistic blocks being manufactured.** | | $0.00 | Unknown |

| | | | | |
|---|---|---|---|---|
| 21. | **Finished goods, including goods held for resale** **Ballistic blocks awaiting shipment.** | | $0.00 | Unknown |

22.  **Other inventory or supplies**

23.  **Total of Part 5.**                                                           | $0.00 |

    Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
    [✔] No
    [ ] Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    [✔] No
    [ ] Yes. Book value _____ Valuation method _____ Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    [✔] No
    [ ] Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

    [✔] No.  Go to Part 7.
    [ ] Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

    [ ] No.  Go to Part 8.
    [✔] Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Printers, Laptop computers, GPS, Furniture, Desktop computers, Monitors, Servers, and Telephone System.** **Lien:  (SC)1 Fora Financial Business Loans, LLC, 242 W. 36th St., 14th Floor, NY,NY 10018; Amount:  $332,790.58 (Debtor believes** | $11,115.34 | Liquidation | $11,115.34 |

Debtor   **Amidon, Inc.**                                                    Case number *(If known)*
_____
Name

*avoidable).*
**Lien:  (SC)2 Preservation 2, Inc., Rich Kristof,**
**1020 Timber Lane, Wilmette, IL 60091; Amount**
**$408,263.31**

---

| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | |
|---|---|---|
| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $11,115.34 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2014 Ford F250, approximately 105,000 miles**<br>**Lien:  (SC) 1:  Ford Credit, P.O. Box 650575, Dallas, TX 75265; Amount $19,990.31** | *Unknown* | *Liquidation* | $17,593.27 |
| 47.2.  **2016 Ford Explorer, approximately 69,374 miles.**<br>**Lien:  (SC) 1:  Ford Credit, P.O. Box 650575, Dallas, TX, 75265; Amount $17,538.60** | *Unknown* | *Liquidation* | $19,506.89 |
| 47.3. | | | |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Amidon, Inc.**                                                Case number *(If known)* _____
            <sub>Name</sub>

| | | | |
|---|---|---|---|
| **Steel forms, SACON Pull Test Gauge, Concrete Power Trowels (2), Armalite AR-10 Rifle, Supressor/Adapter/Barrel Thread Colt, AV Forms.  Lien:  (SC)2 Preservation 2, Inc., Rich Kristof, 1020 Timber Lane, Wilmette, IL 60091; Amount $408,263.31** | *Unknown* | *Liquidation* | *$17,000.00* |

---

**51.**  **Total of Part 8.**

     Add lines 47 through 50.  Copy the total to line 87.          | *$54,100.16* |

**52.**  **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☐ No
    ☑ Yes

**53.**  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.**  **Internet domain names and websites**<br>***360ballistics.com***<br>***amidoncontracting.com***<br>***amidoninc.com*** | *Unknown* | | *Unknown* |
| **62.**  **Licenses, franchises, and royalties**<br>***Debtor is a non-exclusive licensee with the U.S. Army Corps of Engineers for SACON(r), which stands for shock-absorbing concrete. Debtor pays $2,000.00 annually for the license and royalties on non-federal sales, of which it has none.*** | *Unknown* | | *Unknown* |
| **63.**  **Customer lists, mailing lists, or other compilations**<br>***Debtor maintains lists of cusotmers and their mailing addresses.*** | *Unknown* | | *Unknown* |
| **64.**  **Other intangibles, or intellectual property** | | | |
| **65.**  **Goodwill** | | | |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor  **Amidon, Inc.**                                    Case number *(If known)* _____
_____
         Name

| *Accumulated goodwill with customers.* | *Unknown* | | *Unknown* |

---

66. **Total of Part 10.**

    Add lines 60 through 65. Copy the total to line 89.                     | $0.00 |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
    ☑ No
    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ☑ No
    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes Fill in the information below.

|  | | Current value of debtor's interest |

71. **Notes receivable**
    Description (include name of obligor)
    **Debt owed to Amidon, Inc. by
    Amidon International, LLC.  Amidon
    International is owned 100% by
    Clayton Amidon, who has filed
    personal bankruptcy, making this a
    doubtful account.**

    149,723.27 − 149,723.27 =
    Total face amount    doubtful or uncollectible amount

                                                                            $0.00

    **Debt owed by David Mitchell.**      6,874.76 − 6,874.76 =            $0.00
    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **$2.0 million Keyman insurance policy on Angela
    Amidon.**
                                                                            $0.00

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets,
    country club membership

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    **Amidon, Inc.**
          Name                                        Case number *(If known)* _____

78.    **Total of Part 11.**                                                          | $0.00 |
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

Debtor    **Amidon, Inc.**                                          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74,523.42 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $920,137.99 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,115.34 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $157,581.19 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,163,357.94 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,163,357.94 |

Rev. 3/2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:
**Amidon, Inc.**

Debtor(s).

CASE NUMBER:

### SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, ___*Angela Amidon*___, claim the following property as exempt pursuant to 11 U.S.C. § 522 and the laws of the State of North Carolina, and nonbankruptcy Federal law: **(Attach additional sheets if necessary)**.

1. NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT (The exemption is not to exceed $35,000; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $60,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Mortgage Holder or Lien Holder | Amount of Mortgage or Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(1) |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

Debtor's Age: _____
Name of former co-owner: _____

**VALUE OF REAL ESTATE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(1):  $        *0.00***

2. NCGS 1C-1601(a)(3) MOTOR VEHICLE (The exemption in one vehicle is not to exceed $3,500.)

| Model, Year Style of Auto | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(3) |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

**VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(3):  $        *0.00***

3. NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) PERSONAL OR HOUSEHOLD GOODS (The debtor's aggregate interest is not to exceed $5,000 plus $1,000 for each dependent of the debtor, not to exceed $4,000 total for dependents).  The number of dependents for exemption purposes is  *0* .

| Description of Property | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Claimed as Exempt Pursuant to NCGS 1C-1601(a)(4) |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

**VALUE CLAIMED AS EXEMPT PURSUANT TO NCGS 1C-1601(a)(4):  $        *0.00***

4. NCGS 1C-1601(a)(5) TOOLS OF TRADE (The debtor's aggregate interest is not to exceed $2,000 in value).

| Description | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(5) |
|---|---|---|---|---|---|---|
| *-NONE-* | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(5):  $        *0.00***

5. NCGS 1C-1601(a)(6) LIFE INSURANCE (NC Const., Article X, Section 5).

| Description\Insured\Last Four Digits of Policy Number\Beneficiary(if child, initials only) | | Cash Value |
|---|---|---|
| *-NONE-* | | |

Schedule C-1 - Property Claimed as Exempt - 3/2016

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

6.  NCGS 1C-1601(a)(7) PROFESSIONALLY PRESCRIBED HEALTH AIDS (For Debtor or Debtor's Dependents, no limit on value).

| Description |
| --- |
| *-NONE-* |

7.  NCGS 1C-1601(a)(8)  COMPENSATION FOR PERSONAL INJURY, INCLUDING COMPENSATION FROM PRIVATE DISABILITY POLICIES OR ANNUITIES, OR COMPENSATION FOR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT. COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.

| Description AND Source of Compensation, Including Name (If child, initials only) & Last Four Digits of Account Number of any Disability Policy/Annuity |
| --- |
| *-NONE-* |

8.  NCGS 1C-1601(a)(2) ANY PROPERTY (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description of Property and Address | Market Value | Owner (D1)Debtor 1 (D2)Debtor 2 (J)Joint | Lien Holder | Amount of Lien | Net Value | Value Claimed as Exempt Pursuant to NCGS 1C-1601(a)(2) |
| --- | --- | --- | --- | --- | --- | --- |
| *-NONE-* | | | | | | |

**VALUE CLAIMED AS EXEMPT  PURSUANT TO NCGS 1C-1601(a)(2):  $**      *0.00*

9.  NCGS 1C-1601(a)(9) and 11 U.S.C. § 522  INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS, as defined in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§ 408(a) and 408A of the Internal Revenue Code, individual retirement annuities as described in § 408(b) of the Internal Revenue Code, accounts established as part of a trust described in § 408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under § 401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code. For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-228.90.

| Type of Account\Location of Account\Last Four Digits of Account Number |
| --- |
| *-NONE-* |

10.  NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN, as qualified under § 529 of the Internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§ 541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000. If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions. The exemption applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan\Last Four Digits of Account Number\Value\Initials of Child Beneficiary |
| --- |
| *-NONE-* |

11.  NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES (The debtor's interest is exempt only to the extent that these benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan\State Governmental Unit\Last Four Digits of Identifying Number |
| --- |
| *-NONE-* |

12.  NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED  (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support\Amount\Location of Funds |
| --- |
| *-NONE-* |

13.  TENANCY BY THE ENTIRETY.  The following property is claimed as exempt pursuant to 11 U.S.C. § 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property and Address | Market Value | Lien Holder | Amount of Lien | Net Value |
| --- | --- | --- | --- | --- |
| *-NONE-* | | | | |

**VALUE CLAIMED AS EXEMPT:  $**      *0.00*

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                  Best Case Bankruptcy

14. NORTH CAROLINA PENSION FUND EXEMPTIONS

| | |
|---|---|
| *-NONE-* | |

15. OTHER EXEMPTIONS CLAIMED UNDER LAWS OF THE STATE OF NORTH CAROLINA

| | |
|---|---|
| *-NONE-* | |

16. FEDERAL PENSION FUND EXEMPTIONS

| | |
|---|---|
| *-NONE-* | |

17. OTHER EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW

| | |
|---|---|
| *-NONE-* | |

18. RECENT PURCHASES

(a). List tangible personal property purchased by the debtor within ninety (90) days of the filing of the bankruptcy petition.

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| *-NONE-* | | | | |

(b). List any tangible personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property Liquidated or Converted that May Be Exempt |
|---|---|
| | |

19. The debtor's property is subject to the following claims:

a.     Of the United States or its agencies as provided by federal law.

b.     Of the State of North Carolina or its subdivisions for taxes, appearance bonds or fiduciary bonds;

c.     Of a lien by a laborer for work done and performed for the person claiming the exemption, but only as to the specific property affected.

d.     Of a lien by a mechanic for work done on the premises, but only as to the specific property affected.

e.     For payment of obligations contracted for the purchase of specific real property affected.

f.     For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods.

g.     For statutory liens, on the specific property affected, other than judicial liens.

h.     For child support, alimony or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina.

i.     For criminal restitution orders docketed as civil judgments pursuant to G.S. 15A-1340.38.

j.     Debts of a kind specified in 11 U.S.C. § 523(a)(1) (certain taxes), (5) (domestic support obligations).

k.     Debts of a kind specified in 11 U.S.C. § 522(c).

| Claimant | Nature of Claim | Amount of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| *-NONE-* | | | | | |

None of the property listed in paragraph 18(a), except qualified replacement property under 18(b), has been included in this claim of exemptions.

None of the claims listed in paragraph 19 is subject to this claim of exemptions.

I declare that to the extent any exemptions I have claimed appear on its face to exceed the amount allowed by the applicable statute, I claim only the maximum amount allowed by statute.

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF INDIVIDUAL
TO SCHEDULE C-1 - PROPERTY CLAIMED AS EXEMPT

I, _____**Angela Amidon**_____, declare under penalty of perjury that I have read the foregoing Schedule C-1 - Property Claimed as Exempt, consisting of 4 sheets, and that they are true and correct to the best of my knowledge, information and belief.

Executed on: **December 26, 2017**                     **/s/ Angela Amidon**
                                                                                  **Angela Amidon**
                                                                                                    Debtor

**Fill in this information to identify the case:**

Debtor name  **Amidon, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|

| 2.1 | **Fora Financial Business Loans, LLC** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
***All assets including inventory, equipment, investment property, financial instruments, chattel paper, documents, letter of credit rights, accounts, deposit accounts, tort claims and general intangibles.  (Debtor believes lien is avoidable.)***

Amount of claim: **$332,790.58**   Value of collateral: **Unknown**

**242 West 36th Street, 14th Floor**
**New York, NY 10018**

Creditor's mailing address

**Describe the lien**
***Business Loan***

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
***August 2017***

**Last 4 digits of account number**
***N/A***

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ford Credit** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
***2014 Ford F250***

Amount of claim: **$19,990.31**   Value of collateral: **$17,593.27**

**P.O. Box 650575**
**Dallas, TX 75265**

Creditor's mailing address

**Describe the lien**
***Auto Loan***

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
***April 2014***

**Last 4 digits of account number**

Debtor    **Amidon, Inc.**                                                           Case number (if know) _____
          Name

**4635**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Ford Credit** | Describe debtor's property that is subject to a lien | $17,538.60 | $19,506.89 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Ford Explorer** | | |

**P.O. Box 650575**
**Dallas, TX 75265**
Creditor's mailing address

Describe the lien
**Auto Loan**
Is the creditor an insider or related party?

■ No
_____
Creditor's email address, if known                ☐ Yes
                                                  Is anyone else liable on this claim?

                                                  ■ No
**Date debt was incurred**
**November 2015**                                 ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**7105**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Preservation 2, Inc.** | Describe debtor's property that is subject to a lien | $408,263.31 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Debtor's interest in 360 Ballistics, contracts, and Keyman life insurance policy** | | |

**Rich Kristof**
**1020 Timber Lane**
**Wilmette, IL 60091**
Creditor's mailing address

Describe the lien
**Business Loan**
Is the creditor an insider or related party?

**rkristof@iscoa.com**                            ☐ No
_____
Creditor's email address, if known                ■ Yes
                                                  Is anyone else liable on this claim?

                                                  ☐ No
**Date debt was incurred**
**June 2015**                                     ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**N/A**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $778,582.80

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Amidon, Inc.**
_____
            Name

Case number (*if know*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Fora Financial Business Loans, LLC**<br>**242 West 36th Street, 14th Floor**<br>**New York, NY 10018** | Line __2.4__ | |
| **Preservation 2, Inc.**<br>**Rich Kristof**<br>**1020 Timber Lane**<br>**Wilmette, IL 60091** | Line __2.1__ | **N/A** |

**Fill in this information to identify the case:**

Debtor name __*Amidon, Inc.*__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $52,186.87 |

| | |
|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>*Ahtna Support & Training Svcs LLC*<br>*Attn: Managing Agent*<br>*110 W 38th Ave, #2*<br>*Anchorage, AK 99503*<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$52,186.87** |
| **3.2** Nonpriority creditor's name and mailing address<br>*AT&T Mobility (Wireless)*<br>*Attn: Managing Agent*<br>*PO Box 6463*<br>*Carol Stream, IL 60197-6463*<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$344.04** |
| **3.3** Nonpriority creditor's name and mailing address<br>*BB&T*<br>*Attn: Managing Agent*<br>*P.O. Box 580340*<br>*Charlotte, NC 28258*<br><br>Date(s) debt was incurred __2012__<br><br>Last 4 digits of account number __0000__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __*Debt owed.*__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$34,696.83** |
| **3.4** Nonpriority creditor's name and mailing address<br>*BB&T Financial FSB*<br>*Attn: Managing Agent*<br>*P.O. Box 580340*<br>*Charlotte, NC 28258-0340*<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$12,500.00** |

Debtor  **Amidon, Inc.**

Case number (if known) _____

Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,250.00 |
|---|---|---|---|

**Breaching Technologies, Inc**
**Attn:  Managing Agent**
**PO Box 780156**
**San Antonio, TX 78278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,834.08 |
|---|---|---|---|

**Carolina Facilities Group, LLC**
**Attn:  Managing Agent**
**5036 Kinderston Drive**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Construction Admin Financial**
**John M. Fuller, Jr., President**
**1812 Crestlyn Road**
**York, PA 17403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  For Notice Purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,501.02 |
|---|---|---|---|

**Construction Financial Admin Svc**
**Attn:  Managing Agent**
**4956 Long Beach Rd**
**Southport, NC 28461-9127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,275.00 |
|---|---|---|---|

**Deltek**
**Attn:  Managing Agent**
**2291 Wood Oak Drive**
**Herndon, VA 20170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2017**

**Basis for the claim:  Subscription to access government contracting opportunities.**

Last 4 digits of account number  **9334**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,828.54 |
|---|---|---|---|

**Evolve Furniture Group**
**Attn:  Managing Agent**
**PO Box 562**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.13 |
|---|---|---|---|

**FedEx Office**
**Attn:  Managing Agent**
**PO Box 371461**
**Pittsburgh, PA 15250-7461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | *Amidon, Inc.* | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,700.00** |
|---|---|---|---|

*Flooring Solutions, Inc*
*Attn:  Managing Agent*
*6426-B Windmill Way*
*Wilmington, NC 28405*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,621.05** |
|---|---|---|---|

*Grace Construction Products*
*Attn:  Managing Agent*
*PO Box 96160*
*Chicago, IL 60693*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$34,289.08** |
|---|---|---|---|

*Greystone Concrete Products, Inc*
*Attn:  Managing Agent*
*PO Box 680*
*Henderson, NC 27536*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,139.74** |
|---|---|---|---|

*Hamilton Machine Works*
*Attn:  Managing Agent*
*908 Withers Road*
*Raleigh, NC 27603*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,009,162.22** |
|---|---|---|---|

*Harrison Walker & Harper LP*
*Attn:  Managing Agent*
*2510 South Church Street*
*Paris, TX 75460*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was
incurred**  *September 2014- November 2017*

**Basis for the claim:**  *Subcontracted services.*

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$22.00** |
|---|---|---|---|

*Hartford Badges*
*Attn:  Managing Agent*
*7617 Center Road*
*West Falls, NY 14170*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,425.00** |
|---|---|---|---|

*Integrity Installations Inc*
*Attn:  Managing Agent*
*5405 Valley Belt Rd # F*
*Independence, OH 44131*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Amidon, Inc.* | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.19** | Nonpriority creditor's name and mailing address

*Internal Revenue Service*
*Attn:  Managing Agent*
*PO Box 7346*
*Philadelphia, PA 19101-7346*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1,395.63

---

**3.20** | Nonpriority creditor's name and mailing address

*Keith Clarin*
*Attn:  Managing Agent*
*8113 Satillo Lane*
*Raleigh, NC 27616*

Date(s) debt was incurred  *May 2016*

Last 4 digits of account number  *N/A*

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$59,517.79

---

**3.21** | Nonpriority creditor's name and mailing address

*KS Bank*
*Attn:  Managing Agent*
*P.O Box 409*
*Middlesex, NC 27557*

Date(s) debt was incurred  *2017*

Last 4 digits of account number  *5135*

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  *Debt owed.*

Is the claim subject to offset? ■ No ☐ Yes

$2,879.81

---

**3.22** | Nonpriority creditor's name and mailing address

*Landstar Ranger, Inc*
*Attn:  Managing Agent*
*PO Box 8500-54293*
*Philadelphia, PA 19178-4293*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$19,100.00

---

**3.23** | Nonpriority creditor's name and mailing address

*Mahorsky Group, Inc*
*Attn:  Managing Agent*
*2100 Quaker Pointe Dr*
*Quakertown, PA 18951*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,702.00

---

**3.24** | Nonpriority creditor's name and mailing address

*Mann's Creative Design LLC*
*Attn:  Managing Agent*
*7604 Clark Hill Rd*
*Wilmington, NC 28412*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$11,550.00

---

**3.25** | Nonpriority creditor's name and mailing address

*Mobile Modular*
*Attn:  Managing Agent*
*PO Box 45043*
*San Francisco, CA 94145-5043*

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$573.51

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Amidon, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

NC Dept. of Revenue
Attn: Bankruptcy Unit/ManagingAgent
PO Box 1168
Raleigh, NC 27602-1168

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Notice purposes only.__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,932.13**

One Source Furniture Dist Inc
Attn:  Managing Agent
2654 Abington Rd
Akron, OH 44333

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300,000.00**

Richard Koch
Attn:  Managing Agent
279 Cross Road
Alamo, CA 94507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __May 2017__

**Basis for the claim:** __Interest in the accounts receivable from Amidon, Inc.'s Camp Pendleton Project__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$587.71**

Shaw Construction Co Inc
Attn:  Managing Agent
1248 Bill Shaw Rd
Spring Lake, NC 28390

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,150.00**

Sherman & Boddie, Inc
Attn:  Managing Agent
730 Lewis Street
Oxford, NC 27565

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,997.06**

Solutions ITS, Inc
Attn:  Managing Agent
5107 Unicorn Dr
Wake Forest, NC 27587

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,442.55**

Sunbelt Rentals
Attn:  Managing Agent
PO Box 409211
Atlanta, GA 30384-9211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Amidon, Inc.**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.33** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,040.00** |
| **Terracon Consultants, Inc**<br>**Attn: Managing Agent**<br>**2401 Brentwood Rd #107**<br>**Raleigh, NC 27604** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.34** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.01** |
| **Texas Mutual Insurance**<br>**Attn: Managing Agent**<br>**6210 East Highway 290**<br>**Austin, TX 78723-1098** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.35** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,916.65** |
| **The Hartford**<br>**Attn: Managing Agent**<br>**690 Asylum Avenue**<br>**Hartford, CT 06155** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.36** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,994.48** |
| **Triangle Pre-Cast Corp**<br>**Attn: Managing Agent**<br>**5517 Sedge Wren Drive**<br>**Wake Forest, NC 27587** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | *Unknown* |
| **United States Attorney**<br>**Attn: Managing Agent**<br>**310 New Bern Ave, Ste 800 Fed Bldg**<br>**Raleigh, NC 27601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: **Notice purposes only.**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$627.04** |
| **Waste Industries**<br>**Attn: Managing Agent**<br>**3301 Benson Dr #601**<br>**Raleigh, NC 27609** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| | | |
|---|---|---|
| **3.39** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,920.00** |
| **Wyrick, Robbins, Yates & Ponton, LL**<br>**4101 Lake Boone Trail**<br>**Suite 300**<br>**Raleigh, NC 27619** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

**Part 3:**  List Others to Be Notified About Unsecured Claims

Debtor    **Amidon, Inc.**
_____
Name

Case number (if known)    _____

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
|  |  |  |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ _____ 1,658,480.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ 1,658,480.97 |

**Fill in this information to identify the case:**

Debtor name   **Amidon, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | ***Lease of office space. Debtor vacated space on 10-31-17.*** |
| State the term remaining | ***Lease Expires 10-31-18*** |
| List the contract number of any government contract | _____ |
|  | ***Capital Marketing Group, Inc.***<br>***3319 Heritage Trade Drive***<br>***Suite 101***<br>***Wake Forest, NC 27587*** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | ***Subscription to access government contracting opportunities.*** |
| State the term remaining | ***December 2018*** |
| List the contract number of any government contract | _____ |
|  | ***Deltek***<br>***2291 Wood Oak Drive***<br>***Herndon, VA 20170*** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | ***Lease of warehouse space for storage of proprietary steel forms used to manufacture patented ballistic concrete.*** |
| State the term remaining | ***N/A*** |
| List the contract number of any government contract | _____ |
|  | ***Keaton Rankin***<br>***4164 Indian Trail Rd.***<br>***Oxford, NC 27565*** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | ***Andersonville POW Museum HVAC.  Debtor is prime contractor.*** |
| State the term remaining | ***In progress*** |
| List the contract number of any government contract | ***PO No. P16PC00751*** |
|  | ***National Park Service***<br>***NPS, Ser-East MABO***<br>***100 Alabama St. SW, 1924 Building***<br>***Atlanta, GA 30303-8701*** |

Debtor 1   **Amidon, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

   **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Clingman's Dome Restoration.  Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress** | **National Park Service** |
| | List the contract number of any government contract | **PO No. P17PC00411** | **NPS Ser North MABO** **107 Park Headquarters Rd.** **Gatlinburg, TN 37738** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Roofing and flooring. Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress.** | **National Park Service (NPS)** |
| | List the contract number of any government contract | **P17PC00521** | **NPS Ser East MABO** **100 Alabama St. SW, 1924 Building** **Atlanta, GA 30303-8701** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **NOSC Improvements-Greensboro.  Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress** | **Navy Facilities Command/PWD Oceana** |
| | List the contract number of any government contract | **N40085-16-C-4422** | **Facilities Engineering & ACQ Div** **963 Hornet Dr., Suite 213** **Virginia Beach, VA 23460** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **NOSC Improvements--Charlotte.  Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress.** | **Navy Facilities Command/PWD Oceana** |
| | List the contract number of any government contract | **N40085-16-C-4421** | **Facilities Engineering & ACQ Div** **963 Hornet Drive, Suite 213** **Virginia Beach, VA 23460** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **NOSC Improvements-Raleigh. Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress** | **Navy Facilities Command/PWD Oceana** |
| | List the contract number of any government contract | **N40085-16-C-4423** | **Facilities Engineering & ACQ Div** **963 Hornet Drive, Suite 213** **Virginia Beach, VA 23460** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Buildings 41 and 61 roofing.  Debtor is prime contractor.** | |
|---|---|---|---|
| | State the term remaining | **In progress.** | **U.S. Army Corps of Engineers** |
| | List the contract number of any | **PO No.** | **819 Taylor St., Rm. 2A17** **Fort Worth, TX 76102-0300** |

Debtor 1   **Amidon, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract        *W9126G-16-C-0022* | |

| | | |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | *Renovation of buildings 2001 and 2186. Debtor is prime contractor. In progress.* | |
| | State the term remaining | | *U.S. Army Corps of Engineers* |
| | List the contract number of any government contract | *W9126G-16-C-0103* | *819 Taylor St., Room 2A17 Fort Worth, TX 76102-0300* |

**Fill in this information to identify the case:**

Debtor name __*Amidon, Inc.*__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NORTH CAROLINA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | *Angela Amidon* | *7617 Kensington Manor Lane*<br>*Wake Forest, NC 27587* | *Preservation 2, Inc.* | ☐ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | *Angela Amidon* | *7617 Kensington Manor Lane*<br>*Wake Forest, NC 27587* | *Fora Financial*<br>*Business Loans, LLC* | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | *Clayton Amidon* | *3160 Pearces Road*<br>*Zebulon, NC 27597* | *Preservation 2, Inc.* | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name  **_Amidon, Inc._**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NORTH CAROLINA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue** Check all that apply | **Gross revenue** (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$11,466,150.23** |
| **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other  _____ | **$14,627,597.00** |
| **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other  _____ | **$9,724,168.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source** (before deductions and exclusions) |
|---|---|---|
| | | |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer** *Check all that apply* |
|---|---|---|---|

Debtor  *Amidon, Inc.*_____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1. *Preservation 2, Inc.*<br>*Rich Kristof*<br>*1020 Timber Lane*<br>*Wilmette, IL 60091* | *August 4, 2017*<br>*September 1, 2017*<br>*September 29, 2017* | $18,000.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. *Fora Financial Business Loans, LLC*<br>*242 West 36th Street, 14th Floor*<br>*New York, NY 10018* | *Every day in August and September, 2017.*<br>*Daily payments for part of October, 2017.* | $69,069.88 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. *Authentic Intelligence*<br>*Attn: Richard Kristof*<br>*5005 Sunset Forest Circle*<br>*Holly Springs, NC 27540* | *August 4, 2017*<br>*September 1, 2017*<br>*September 29, 2017* | $2,100.00 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  *Payments to Authentic Intelligence were part of the payment of the secured debt to Preservation 2.* |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor   **Amidon, Inc.**                                                                 Case number *(if known)*

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | *Fora Financial Business Loans, LLC v. Amidon, Inc. and Angela Noble Amidon*<br>*17 CVS 14583* | *Complaint for money owed.* | *Gen. Ct. of Justice, Superior Ct. Div.*<br>*316 Fayetteville St.*<br>*Raleigh, NC 27601* | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | *Janvier Law Firm, PLLC*<br>*311 East Edenton Street*<br>*Raleigh, NC 27601* | *Attorney Fees* | | *$15,000.00* |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

Debtor    **Amidon, Inc.**    Case number *(if known)*

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | *TBA* | *Sale of trailer* *Total Value: TBA* | *December 2017* | *Unknown* |
| | Relationship to debtor | | | |

---

**Part 7:    Previous Locations**

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | *3319 Heritage Trade Drive, Suite 201* *Wake Forest, NC 27587* | |

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   *Amidon, Inc.*                                                   Case number *(if known)*

---

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.

    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| *ASP Retirement Services* | EIN: *223072* |

Has the plan been terminated?

■ No
☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | *BB&T*<br>*P.O. box 580340*<br>*Charlotte, NC 28258* | XXXX-*6384* | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | *October 16, 2017* | *$70,695.29* |

---

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| *Warehouse*<br>*209 W. Industry Drive*<br>*Oxford, NC 27565* | *Mark Siver*<br>*5517 Sedge Wren Drive*<br>*Wake Forest, NC 27587* | *Proprietary steel forms for patented ballistic concrete.* | ☐ No<br>■ Yes |

---

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | *Amidon, Inc.* | Case number *(if known)* | |
|---|---|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1. *360 Ballistics, LLC 3319 Heritage Trade Drive, Suite 201 Wake Forest, NC 27587* | *Intellectual property holding company for Amidon Inc.  Amidon, Inc. owns 51%.* | EIN:  *27-0258558*<br>From-To  *May 2009-present* |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   *Amidon, Inc.*                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Rankin McKenzie**<br>**1000 Centre Green Way, Suite 200**<br>**Cary, NC 27513** | *July 2015-present* |
| 26a.2.   **Anstiss & Co., P.C.**<br>**1115 Westford Street**<br>**Lowell, MA 01851** | *December*<br>*2012-present* |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Anstiss & Co., P.C.**<br>**1115 Westford Street**<br>**Lowell, MA 01851** | *December*<br>*2011-present* |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Rankin McKenzie**<br>**1000 Centre Green Way, Suite 200**<br>**Cary, NC 27513** | |
| 26c.2.   **Anstiss & Co., P.C.**<br>**1115 Westford St.**<br>**Lowell, MA 01851** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.   **BB&T**<br>**P.O. Box 580340**<br>**Charlotte, NC 28258** |
| 26d.2.   **KS Bank**<br>**P.O. Box 409**<br>**Middlesex, NC 27557** |
| 26d.3.   **Preservation 2, Inc.**<br>**Rich Kristof**<br>**1020 Timber Lane**<br>**Wilmette, IL 60091** |
| 26d.4.   **Fora Financial Business Loans, LLC**<br>**242 West 36th Street, 14th Floor**<br>**New York, NY 10018** |
| 26d.5.   **Keith Clarin**<br>**8113 Satillo Lane**<br>**Raleigh, NC 27616** |

Debtor    *Amidon, Inc.*                                    Case number *(if known)*

| Name and address |
|---|
| 26d.6.  **Small Business Administration**<br>**Attn: Managing Agent**<br>**North Carolina District**<br>**6302 Fairview Road #300**<br>**Charlotte, NC 28210-2227** |
| 26d.7.  **Shareholders of Amidon, Inc.** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Angela Amidon* | *7617 Kensington Manor Lane*<br>*Wake Forest, NC 27587* | *President/Treasurer/Sole Director* | *51%* |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| *Clayton Amidon* | *3160 Pearces Road*<br>*Zebulon, NC 27597* | *Vice President/Secretary* | *7%* |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  *Angela Amidon*<br>*7617 Kensington Manor Lane*<br>*Wake Forest, NC 27587* | *$201,012.77* | *2017* | *Employee compensation.* |
| **Relationship to debtor**<br>*President/Treasurer/Sole Director* | | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  *Amidon, Inc.* _____   Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | *Clayton Amidon*<br>*3160 Pearces Road*<br>*Zebulon, NC 27597* | *$226,351.79* | *2017* | *Employee compensation.* |
| | Relationship to debtor<br>*Vice President/Secretary* | | | |
| 30.3. | *Keith Clarin*<br>*8113 Satillo Lane*<br>*Raleigh, NC 27616* | *$66,837.56* | *2017* | *Employee compensation.* |
| | Relationship to debtor<br>*Friend, former employee, 2% owner* | | | |
| 30.4. | *Jimmy and Patti Cone*<br>*5909 White Heron Road*<br>*Wilmington, NC 28412* | *$4,999.98* | *Jan-March 2017* | *Per shareholder agreement.* |
| | Relationship to debtor<br>*Shareholder* | | | |
| 30.5. | *Michelle Cone*<br>*2647 Joel Lane*<br>*Wilson, NC 27896* | *$2000.01* | *January-March 2017* | *Per shareholder agreement.* |
| | Relationship to debtor<br>*Shareholder* | | | |
| 30.6. | *Michael Sabbia*<br>*14100 S. 88th Avenue*<br>*Orland Park, IL 60462* | *$6,000.00* | *January -February 2017* | *Per shareholder agreement.* |
| | Relationship to debtor<br>*Shaeholder* | | | |
| 30.7. | *David Allsbrook*<br>*8516 Southbriar Drive*<br>*Raleigh, NC 27606* | *$3,750.00* | *June 2017* | *Per shareholder agreement.* |
| | Relationship to debtor<br>*Shareholder* | | | |
| 30.8. | *Charles Doughtery*<br>*3114 Bevington Hill Court*<br>*Cary, NC 27513* | *$3,750.00* | *December 2017* | *Per shareholder agreement.* |
| | Relationship to debtor<br>*Shareholder* | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

Debtor    **Amidon, Inc.**                                                Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    *December 26, 2017*

/s/ Angela Amidon                                              *Angela Amidon*
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    *President and CEO*

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re __Amidon, Inc._____  Case No. _____
                                    Debtor(s)    Chapter __11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | *15,000.00* |
| Prior to the filing of this statement I have received | $ | *15,000.00* |
| Balance Due | $ | *0.00* |

2.  $ __0.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| __December 26, 2017_____ | __/s/ William P. Janvier__ |
| Date | __William P. Janvier 21136__ |
| | *Signature of Attorney* |
| | __Janvier Law Firm, PLLC__ |
| | __311 East Edenton Street__ |
| | __Raleigh, NC 27601__ |
| | __919-582-2323  Fax: 866-809-2379__ |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Amidon, Inc.** _____  Case No. _____

                                        Debtor(s)      Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Angela N. Amidon**<br>**7617 Kensington Manor Lane**<br>**Wake Forest, NC 27587** | | **4335** | |
| **Charles P. Dougherty**<br>**3114 Bevington Hill Court**<br>**Cary, NC 27513** | | **85** | |
| **CJCE, LLC (Chadwick Eddins)**<br>**Attn: Heather Eddins**<br>**8501 Eddins Farm Road**<br>**Zebulon, NC 27597** | | **170** | |
| **Clayton D. Amidon**<br>**3160 Pearces Road**<br>**Zebulon, NC 27597** | | **595** | |
| **Clayton W. Davidson III**<br>**13216 Carriage Hills Court**<br>**Raleigh, NC 27614** | | **595** | |
| **Cynthia Michelle Cone**<br>**2647 Joel Lane**<br>**Wilson, NC 27896** | | **113** | |
| **David A. Allsbrook, Jr.**<br>**8516 Southbriar Drive**<br>**Raleigh, NC 27606** | | **170** | |
| **David E. Mitchell**<br>**1141 Wakefield Farm Road**<br>**Zebulon, NC 27597** | | **595** | |
| **Jimmy G. Cone, Sr.**<br>**5909 White Heron Road**<br>**Wilmington, NC 28412** | | **114** | |
| **Keith Clarin**<br>**2420 Clerestory Place**<br>**Raleigh, NC 27615** | | **170** | |
| **Linda Taylor**<br>**1613 Sunrise Avenue**<br>**Raleigh, NC 27608** | | **595** | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

In re:  **Amidon, Inc.**                                                    Case No. _____
_____
                            Debtor(s)

## LIST OF EQUITY SECURITY HOLDERS
### (Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael A. Sabbia**<br>**14100 S. 88th Avenue**<br>**Orland Park, IL 60462** | | **595** | |
| **Patti Cline Cone**<br>**5909 White Heron Road**<br>**Wilmington, NC 28412** | | **113** | |
| **Sammy McCaskill**<br>**508 Fishing Rock Road**<br>**Castalia, NC 27816** | | **255** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President and CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **December 26, 2017**                     Signature  **/s/ Angela Amidon**
     _____                    _____
                                                         **Angela Amidon**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Amidon, Inc.**

                                   Debtor(s)

Case No.

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President and CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 26, 2017**

                                       **/s/ Angela Amidon**

                                       **Angela Amidon**/**President and CEO**
                                       Signer/Title

Ahtna Support & Training Svcs LLC
Attn:  Managing Agent
110 W 38th Ave, #2
Anchorage, AK 99503

Angela Amidon
7617 Kensington Manor Lane
Wake Forest, NC 27587

AT&T Mobility (Wireless)
Attn:  Managing Agent
PO Box 6463
Carol Stream, IL 60197-6463

BB&T
Attn:  Managing Agent
P.O. Box 580340
Charlotte, NC 28258

BB&T Financial FSB
Attn:  Managing Agent
P.O. Box 580340
Charlotte, NC 28258-0340

Breaching Technologies, Inc
Attn:  Managing Agent
PO Box 780156
San Antonio, TX 78278

Capital Marketing Group, Inc.
3319 Heritage Trade Drive
Suite 101
Wake Forest, NC 27587

Carolina Facilities Group, LLC
Attn:  Managing Agent
5036 Kinderston Drive
Holly Springs, NC 27540

Clayton Amidon
3160 Pearces Road
Zebulon, NC 27597

Construction Admin Financial
John M. Fuller, Jr., President
1812 Crestlyn Road
York, PA 17403

Construction Financial Admin Svc
Attn:  Managing Agent
4956 Long Beach Rd
Southport, NC 28461-9127

Deltek
Attn:  Managing Agent
2291 Wood Oak Drive
Herndon, VA 20170

Evolve Furniture Group
Attn:  Managing Agent
PO Box 562
Marlton, NJ 08053

FedEx Office
Attn:  Managing Agent
PO Box 371461
Pittsburgh, PA 15250-7461

Flooring Solutions, Inc
Attn:  Managing Agent
6426-B Windmill Way
Wilmington, NC 28405

Fora Financial Business Loans, LLC
242 West 36th Street, 14th Floor
New York, NY 10018

Ford Credit
P.O. Box 650575
Dallas, TX 75265

Grace Construction Products
Attn:  Managing Agent
PO Box 96160
Chicago, IL 60693

Greystone Concrete Products, Inc
Attn:  Managing Agent
PO Box 680
Henderson, NC 27536

Hamilton Machine Works
Attn:  Managing Agent
908 Withers Road
Raleigh, NC 27603

Harrison Walker & Harper LP
Attn:  Managing Agent
2510 South Church Street
Paris, TX 75460

Hartford Badges
Attn:  Managing Agent
7617 Center Road
West Falls, NY 14170

Integrity Installations Inc
Attn:  Managing Agent
5405 Valley Belt Rd # F
Independence, OH 44131

Internal Revenue Service
Attn:  Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Keaton Rankin
4164 Indian Trail Rd.
Oxford, NC 27565

Keith Clarin
Attn:  Managing Agent
8113 Satillo Lane
Raleigh, NC 27616

KS Bank
Attn:  Managing Agent
P.O Box 409
Middlesex, NC 27557

Landstar Ranger, Inc
Attn:  Managing Agent
PO Box 8500-54293
Philadelphia, PA 19178-4293

Mahorsky Group, Inc
Attn:  Managing Agent
2100 Quaker Pointe Dr
Quakertown, PA 18951

Mann's Creative Design LLC
Attn:  Managing Agent
7604 Clark Hill Rd
Wilmington, NC 28412

Mobile Modular
Attn:  Managing Agent
PO Box 45043
San Francisco, CA 94145-5043

National Park Service
NPS, Ser-East MABO
100 Alabama St. SW, 1924 Building
Atlanta, GA 30303-8701

National Park Service
NPS Ser North MABO
107 Park Headquarters Rd.
Gatlinburg, TN 37738

National Park Service (NPS)
NPS Ser East MABO
100 Alabama St. SW, 1924 Building
Atlanta, GA 30303-8701

Navy Facilities Command/PWD Oceana
Facilities Engineering & ACQ Div
963 Hornet Dr., Suite 213
Virginia Beach, VA 23460

NC Dept. of Revenue
Attn: Bankruptcy Unit/ManagingAgent
PO Box 1168
Raleigh, NC 27602-1168

One Source Furniture Dist Inc
Attn:  Managing Agent
2654 Abington Rd
Akron, OH 44333

Preservation 2, Inc.
Rich Kristof
1020 Timber Lane
Wilmette, IL 60091

Richard Koch
Attn:  Managing Agent
279 Cross Road
Alamo, CA 94507

Shaw Construction Co Inc
Attn:  Managing Agent
1248 Bill Shaw Rd
Spring Lake, NC 28390

Sherman & Boddie, Inc
Attn:  Managing Agent
730 Lewis Street
Oxford, NC 27565

Solutions ITS, Inc
Attn:  Managing Agent
5107 Unicorn Dr
Wake Forest, NC 27587

Sunbelt Rentals
Attn:  Managing Agent
PO Box 409211
Atlanta, GA 30384-9211

Terracon Constultants, Inc
Attn:  Managing Agent
2401 Brentwood Rd #107
Raleigh, NC 27604

Texas Mutual Insurance
Attn:  Managing Agent
6210 East Highway 290
Austin, TX 78723-1098

The Hartford
Attn:  Managing Agent
690 Asylum Avenue
Hartford, CT 06155

Triangle Pre-Cast Corp
Attn:  Managing Agent
5517 Sedge Wren Drive
Wake Forest, NC 27587

U.S. Army Corps of Engineers
819 Taylor St., Rm. 2A17
Fort Worth, TX 76102-0300

United States Attorney
Attn:  Managing Agent
310 New Bern Ave, Ste 800 Fed B
Raleigh, NC 27601

Waste Industries
Attn: Managing Agent
3301 Benson Dr #601
Raleigh, NC 27609

Wyrick, Robbins, Yates & Ponton,LL
4101 Lake Boone Trail
Suite 300
Raleigh, NC 27619

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Amidon, Inc.**

Debtor(s)

Case No.

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Amidon, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 26, 2017**

Date

**/s/ William P. Janvier**

**William P. Janvier 21136**

Signature of Attorney or Litigant

Counsel for   **Amidon, Inc.**

**Janvier Law Firm, PLLC**
**311 East Edenton Street**
**Raleigh, NC 27601**
**919-582-2323 Fax:866-809-2379**